

Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio

★ ★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-08-00552-CV

**ELEVATED RESTAURANT GROUP, L.P.**,
Appellant

v.

**RIDGE BLUFF PARTNERS, LTD.** and Fulcrum Property Group, Inc.,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-09687
Honorable Michael Peden, Judge Presiding

PER CURIAM

Sitting:    Alma L. López, Chief Justice
            Catherine Stone, Justice
            Karen Angelini, Justice

Delivered and Filed:  October 29, 2008

DISMISSED

Appellant has filed a motion to dismiss this appeal.  The motion is unopposed by appellees

as evidenced by their attorney's signature.  Therefore, we grant the motion and dismiss the appeal.

*See* TEX. R. APP. P. 42.1(a)(1).  Costs of the appeal are taxed against the parties who incurred them.

PER CURIAM